THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB WIDDER, Appellant.— Judgment of conviction of the Court of Special Sessions reversed and new trial ordered. We cannot affirm the conviction because the Sanitary Code, of the provisions of which the court cannot take judicial notice, was not in evidence before the magistrate, and con-

sequently is not before us. The record for that reason does not show that the defendant was guilty. Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.